# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**NOVARRELL WOODFORK, #28742-084**                                    **PETITIONER**

**VS.**                                           **CIVIL ACTION NO. 5:08cv306-DCB-MTP**

**BRUCE PEARSON, Warden**                                              **RESPONDENT**

## ORDER TO SHOW CAUSE

THIS MATTER is before the court *sua sponte*, having come to its attention that, according to the Bureau of Prisons ("BOP") website, Petitioner is no longer in BOP custody and is no longer incarcerated at the Federal Correctional Institution in Yazoo City, Mississippi. Petitioner has not notified the court of a change of address and has not filed any other pleadings since December 4, 2008 [8]. Rule 11.1 of the Uniform Local Rules for the Southern District of Mississippi provides: "Every attorney and every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of court of address changes." Petitioner has been warned that his failure to timely comply with the court's orders or keep the court informed of his current address may result in the dismissal of this action [2].

In addition, in his Petition for a Writ of Habeas Corpus [1], Petitioner argues that the BOP has improperly calculated the amount of jail credit to which he is entitled. In light of the fact that Petitioner has apparently been released from BOP custody, it appears that the relief requested in his Petition may be moot.

Accordingly, it is ORDERED:

That or before **August 28, 2009**, Petitioner file a written statement with the clerk of court:

1) setting forth why this case should not be dismissed for failure to prosecute or,

alternatively provide the clerk of court with his new address, in writing; **and**

2) setting forth why this case should not be dismissed as moot.

IT IS FURTHER ORDERED that Petitioner's failure to respond may result in this action being dismissed without further notice.

SO ORDERED on the 12th day of August, 2009.

                                      s/ Michael T. Parker
                                      United States Magistrate Judge