**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**NOVARRELL WOODFORK**                                                                **PETITIONER**

**V.**                                        **CIVIL ACTION NO. 5:08-cv-306-DCB-MTP**

**BRUCE PEARSON, Warden**                                         **RESPONDENT**

<u>FINAL JUDGMENT</u>

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Novarrell Woodfork's Petition for a Writ of Habeas Corpus [1] should be dismissed without prejudice, and further, that all pending motions, if any be dismissed as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice, and that all pending motions, if any, are dismissed as moot.

SO ORDERED this the <u>22nd</u> day of September, 2009.

                                                        s/David Bramlette
                                                        UNITED STATES DISTRICT JUDGE